THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.*
ANTONIO SANSONE, Appellant.

*Crimes — murder in first degree — conviction affirmed.*

(Argued June 7, 1920; decided July 7, 1920.)

APPEAL from a judgment of the Court of General Sessions of the Peace in the county of New York, rendered May 29, 1919, upon a verdict convicting the defendant of the crime of murder in the first degree.

*Milton Diamond* and *Samuel Abrahams* for appellant.

*Edward Swann, District Attorney* (*Robert C. Taylor* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, HOGAN, POUND, MCLAUGHLIN, ANDREWS and ELKUS, JJ.